IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CHRISTINA WILLIAMS,** **PLAINTIFFS**
**Individually and as Personal Representative**
**On behalf of the Wrongful Death Beneficiaries of**
**BRANDON MITCHELL**

**v.**     **CIVIL ACTION NO.: 3:23-CV-161-TSL-MTP**

**MANAGEMENT & TRAINING CORPORATION,**
**VITALCORE HEALTH STRATEGIES, BOBBIE HUNTER,**
**JONATHAN CHANEY, PAMELA WATKINS, EVELYN**
**DUNN, STEVEN BONNER, and JOHN AND JANE DOES 1-100**     **DEFENDANTS**

## CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Management & Training Corporation, by counsel and pursuant to Local Uniform Civil Rule 7(c), and files its Corporate Disclosure Statement. In support, Defendant Management & Training Corporation would show unto the Court the following:

1. Defendant Management & Training Corporation has no parent companies. In addition, no publicly-held companies own ten percent (10%) or more stock in Defendant Management & Training Corporation.

Respectfully submitted, this the 11th day of October, 2023.

                    **MANAGEMENT & TRAINING CORPORATION**
                    /s/ *R. Jarrad Garner*
                    R. Jarrad Garner (MSB #99584)
                    Mary Clark Joyner (MSB #105954)
                    Adams and Reese LLP
                    1018 Highland Colony Parkway, Suite 800
                    Ridgeland, Mississippi 39157
                    (p) 601-353-3234
                    (f) 601-355-9708
                    jarrad.garner@arlaw.com
                    maryclark.joyner@arlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

Dated this the 11th day of October, 2023.

*/s/ R. Jarrad Garner*
R. Jarrad Garner
