IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CHRISTINA WILLIAMS, individually and as personal representative on behalf of the wrongful death beneficiaries of BRANDON MITCHELL**                    **PLAINTIFF**

V.                                        CAUSE NO. 3:23-CV-161-TSL-MTP

**MANAGEMENT & TRAINING CORPORATION; VITALCORE HEALTH STRATEGIES; BOBBIE HUNTER, JONATHAN CHANEY, PAMELA WATKINS, EVELYN DUNN, STEVEN BONNER, and JOHN AND JANE DOES 1-100**                    **DEFENDANTS**

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Christina Williams, individually and as personal representative on behalf of the wrongful death beneficiaries of Brandon Mitchell, stipulates that all her claims against defendants Evelyn Dunn, Pamela Watkins, Steven Bonner, and Jonthan Chancey should be and are hereby voluntarily dismissed, with the plaintiff and defendants to bear their own costs and expenses. The other parties join in this stipulation and consent to the dismissal of the said claims.

So stipulated, this the 24th day of January, 2024.

**AGREED TO BY**:

__/s/ Courtney Sanders_____ __
Courtney Sanders, MSB #10644
Counsel for plaintiff

/s/ Michael Chase, with permission_____
Michael Chase, Esq., MSB # 5969
Counsel for defendants, Vital Core
Health Strategies, LLC; Evelyn Dunn;
Pamela Watkins; Steven Bonner; and Jonthan Chancey

/s/ R. Jarrod Garner, with permission
R. Jarrad Garner, MSB #99584
Counsel for defendant Management &
Training Corporation

Agreed and stipulated this the 24th day of January, 2024.