**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| **CHRISTINA WILLIAMS,** | **PLAINTIFFS** |
| **Individually and as Personal Representative** | |
| **On behalf of the Wrongful Death Beneficiaries of** | |
| **BRANDON MITCHELL** | |
| | |
| **v.** | **CIVIL ACTION NO.: 3:23-CV-161-TSL-MTP** |
| | |
| **MANAGEMENT & TRAINING CORPORATION,** | |
| **VITALCORE HEALTH STRATEGIES, BOBBIE HUNTER,** | |
| **JONATHAN CHANEY, PAMELA WATKINS, EVELYN** | |
| **DUNN, STEVEN BONNER, and JOHN AND JANE DOES 1-100** | **DEFENDANTS** |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

As evidenced by the electronic signatures below, Plaintiff Christina Williams, Individually and as Personal Representative of the Wrongful Death Beneficiaries of Brandon Mitchell ("Plaintiff") and Defendants Management & Training Corporation and VitalCore Health Strategies (collectively "Defendants") have resolved their disputes forming the basis of this litigation. As a result, Plaintiff's claims and Complaint against Defendants are hereby dismissed with prejudice with each party to bear their own fees, costs, and expenses.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff's claims and Complaint against Defendants are hereby dismissed with prejudice with each party to bear their own fees, costs, and expenses.

SO ORDERED, this the 17th day of April, 2024.

/s/  Tom S. Lee_____
UNITED STATES DISTRICT JUDGE

1

Agreed to by:

*/s/ Courtney D. Sanders*
Charles R. Mullins (MSB #9821)
Courtney D. Sanders (MSB #106444)
Coxwell & Associates, PLLC
500 North State Street
Jackson, Mississippi 39201
(p) 601-948-1600
(f) 601-948-7097
chuckm@coxwelllaw.com
courtneys@coxwelllaw.com
*Attorneys for Plaintiff*


*/s/ R. Jarrad Garner*
R. Jarrad Garner (MSB #99584)
Mary Clark Joyner (MSB #105954)
ADAMS AND REESE LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, Mississippi 39157
(p) 601-353-3234
(f) 601-355-9708
jarrad.garner@arlaw.com
maryclark.joyner@arlaw.com
*Attorneys for Defendant Management &*
*Training Corporation*


*/s/ Michael Chase*
John G. Wheeler (MSB#8622)
Michael Chase (MSB #5969)
Mitchell, McNutt & Sams, P.A.
P.O. Box 7120
Tupelo, Mississippi  38802
(p) 662-842-3871
(f) 662-842-8450
jwheeler@mitchellmcnutt.com
mchase@mitchellmcnutt.com
*Attorneys for Defendants VitalCore*
*Health Strategies, LLC, Evelyn Dunn,*
*Bobbie Hunter, Jonathan Chaney,*
*Pamela Watkins, and Steven Bonner*

2